```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

LOUIS BERNARD PLACIDE,              :

    Petitioner,                    :

v.                                  :
                                     CIVIL ACTION 09-0165-WS-M

ERIC HOLDER,                        :
JANET NAPOLITANO,
CHRISTOPHER SHANAHAN,               :
WARDEN DAVID O. STREIFF,
                                :

    Respondents.

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DENIED as MOOT and that this action be DISMISSED.

DONE this 9th day of July, 2009.


                                        <u>s/WILLIAM H. STEELE</u>
                                        UNITED STATES DISTRICT JUDGE