IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION


LOUIS BERNARD PLACIDE,                    :

    Petitioner,                           :

v.                                        :
                           CIVIL ACTION 09-0165-WS-M

ERIC HOLDER,                              :
JANET NAPOLITANO,
CHRISTOPHER SHANAHAN,                      :
WARDEN DAVID O. STREIFF,
                             :

    Respondents.


## JUDGMENT


It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be
entered in favor of Respondents Eric Holder, Janet Napolitano,
Christopher Shanahan, and David O. Streiff.

DONE this 9th day of July, 2009.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE